**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES EQUAL**
**EMPLOYMENT OPPORTUNITY**
**COMMISSION,**

     **Plaintiff,**

**v.**                                                    **Case No. 8:14-cv-2421-T-35AEP**

**LAKELAND EYE CLINIC, P.A.,**

     **Defendant.**

_____

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____   IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                    _____
                    _____
                    _____
                    _____

  X   IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: this 8th date of October 8, 2014

                                s/Jan Shelly_____
                                JAN SHELLY
                                Trial Attorney
                                Missouri Bar # 42085

Samantha Williams
Trial Attorney
Florida Bar # 0107116

KIMBERLY CRUZ
Supervisory Trial Attorney
Florida Bar # 153729

U.S. Equal Employment Opportunity
Commission
Tampa Field Office
Timberlake Federal Bldg Annex
501 E. Polk Street, 10th Floor
Tampa, FL 33602
Tel: 813-202-7947
Fax:813-228-2045
jan.shelly@eeoc.gov
samantha.williams@eeoc.gov
kimberly.cruz@eeoc.gov
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2014, I served the foregoing document with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to:

Jillian T. Weiss, Esq.
P.O. Box 642
Tuxedo Park, NY 10987
Tel: (845) 709-3237
Fax: (845) 915-3283
jillian.t.weiss@gmail.com
*Intervenor Attorney*

s/Jan Shelly_____
JAN SHELLY